

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> The schedule proposed by the parties is hereby adopted, with the modifications set forth below.
> So ordered.
> Dated: Feb. 22, 2017

**BY EMAIL AND ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

_____
J. PAUL OETKEN
United States District Judge

Re:   **United States v. Brian Block**, 16 Cr. 595 (JPO)

Dear Judge Oetken:

The Government and defendant Brian Block ("Block" or the "defendant") respectfully write to propose an agreed-upon schedule governing pre-trial matters in the above-captioned case. The parties respectfully request that the court adopt the proposed schedule.

| | |
|---|---|
| February 28, 2017: | Defendant's pre-trial motions due |
| March 21, 2017: | Government's responses to defense motions due |
| March 31, 2017: | Defendant's reply to pre-trial motions due |
| April 19, 2017, at 3:00 PM | Status conference/oral argument on pre-trial motions (if necessary) [1] |
| April 7, 2017: | Government's motions *in limine*[2], requests to charge and voir dire due; Government notice pursuant to Fed. R. Evid. 404(b) due (with leave to provide subsequent disclosures if additional such evidence is subsequently discovered) |
| April 10, 2017: | Government expert disclosures due |
| April 21, 2017: | Defense motions in *limine*, requests to charge and voir dire due |

---

[1] For all suggested status conferences, the date indicated refers to the week beginning with the date specified. The parties will make themselves available for any dates and times during those weeks that are convenient for the Court.

[2] The parties reserve the right to file additional motions *in limine* after the dates set forth herein if additional bases for such motions arise after the respective due dates.

The Honorable J. Paul Oetken
February 21, 2017
Page 2 of 2

| | |
|---|---|
| April 28, 2017: | Defense responses to Government motions *in limine* due |
| May 1, 2017: | Defense expert disclosures due |
| May 5, 2017: | Government replies in regard to Government's motions *in limine*, if any, due |
| May 8, 2017: | Supplemental Government expert disclosures, if any, due |
| May 12, 2017: | Government responses to Defense motions *in limine* due |
| May 15, 2017: | Supplemental Defense expert disclosures, if any, due |
| May 19, 2017: | Defense replies in regard to Defense's motions *in limine*, if any, due; Government's Jencks Act and *Giglio* material due; Government's exhibits due |
| May 26, 2017: | Defense objections to Government's exhibits due |
| May 30, 2017, at 3:00 PM | Oral argument on motions *in limine* (if necessary) |
| June 2, 2017: | Defense exhibits due |
| June 5, 2017, at 3:00 PM | Final pre-trial status conference |
| June 7, 2017: | Government objections to defense exhibits due |
| June 12, 2017: | Trial begins |

Respectfully submitted,

PREET BHARARA
United States Attorney
Southern District of New York

By: ___/s/_____
Brian Blais
Edward Imperatore
Daniel Tehrani
Assistant United States Attorneys
Southern District of New York
(212) 637-2521/2327/2455

cc: Reid Weingarten, Esq.
Michael Miller, Esq.