UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
: 
UNITED STATES OF AMERICA :
:
v. :
: Case No. 16-cr-00595 (JPO)
BRIAN BLOCK, :
:
      Defendant. :
:
------------------------------------------------------x

## NOTICE OF MOTION

    PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, dated April 21, 2017, defendant Brian S. Block, by and through his counsel, shall move this Court *in limine*, for an Order, pursuant to Federal Rules of Evidence 403, 602 and 701, excluding inadmissible lay opinion testimony and unreliable expert opinion testimony concerning hypothetical accounting, and for such other relief as the Court deems just and proper.

          /s/ Reid H. Weingarten

          Reid H. Weingarten
          Michael C. Miller
          Michelle L. Levin
          Michael G. Scavelli
          Jeffrey A. Novack
          STEPTOE & JOHNSON LLP
          1114 Avenue of the Americas
          New York, New York 10036
          (212) 506-3900

          Counsel for Brian S. Block

Dated: April 21, 2017