**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
                                                       :
UNITED STATES OF AMERICA                               :
                                                       :
            v.                                         :
                                                       :   Case No. 16-cr-00595 (JPO)
BRIAN BLOCK,                                           :
                                                       :
            Defendant.                                 :
                                                       :
-------------------------------------------------------x
```

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, dated April 21, 2017, defendant Brian S. Block, by and through his counsel, shall move this Court *in limine*, for an Order, pursuant to Federal Rules of Evidence 401-403, excluding from trial evidence and/or limiting the testimony of Professor Allen Ferrell, and for such other relief as the Court deems just and proper.

        /s/ Reid H. Weingarten
Reid H. Weingarten
Michael C. Miller
Michelle L. Levin
Michael G. Scavelli
Jeffrey A. Novack
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

*Counsel for Brian S. Block*

Dated: April 21, 2017