UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

BRIAN BLOCK,

                Defendant.

16-CR-595 (JPO)

OPINION AND ORDER

---

J. PAUL OETKEN, District Judge:

    Defendant Brian Block was convicted of securities fraud and related charges in July 2017.  This Court sentenced the Defendant to 18 months' incarceration.  (Dkt. Nos. 162, 169.)  The United States Court of Appeals for the Second Circuit granted the Defendant's motion for bail pending appeal.  (Dkt. No. 190.)  The Court of Appeals affirmed the Defendant's conviction on March 19, 2020, and issued its mandate on May 4, 2020.  (Dkt. No. 235.)

    Block has requested that he be ordered to surrender to the Bureau of Prisons (BOP) in 90 days due to the current state of emergency as a result of the COVID-19 pandemic.  (Dkt. No. 234.)  The Government consents to his request.

    The request is granted.  Defendant Brian Block is hereby ordered to self-surrender to the facility designated by the BOP on **August 10, 2020, by 2:00 p.m.**  As stated in the Judgment, the Court recommends that Block be housed at the minimum-security prison camp at FCI Fairton (SPC Fairton).  (Dkt. No. 162.)  All conditions of Defendant's release on bail shall remain in effect to the time of his surrender to the BOP.

SO ORDERED.

Dated: May 6, 2020
       New York, New York

                                                                           _____
                                                                            J. PAUL OETKEN
                                                                            United States District Judge